162 F.3d 1151
 Wallace Mitchell
v.
John R. Stepanik, Superintendent, Charles J. McKeown,
Inspector Supervisor, Charles Coleman, State Correctional
Institution at Dallas, Janet Swanger, Director Law
Library/Ed., State Correctional Institution at Dallas,
Thomas Norton, Counselor, State Correctional Institution at
Dallas, Edgar M. Kneiss, Superintendent, State Correctional
Institution at Dallas, David H. Larkins, Superintendent,
State Correctional Institution at
 NO. 97-7643
 United States Court of Appeals,
Third Circuit.
 June 19, 1998
 Appeal From: M.D.Pa. ,No.95cv02179
 
 1
 Appeal Dismissed.